**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  10-cr-00021-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     WENDY FARIVAR,

       Defendant.

---

**MINUTE ORDER**
---

BY ORDER OF JUDGE LEWIS T. BABCOCK

     This will confirm that, pursuant to Defendant's Notice of Disposition D9co 7 - filed January 25, 2010), a change of plea hearing regarding Defendant Farivar is set **Friday, March 19, 2010 at 11:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.

Dated:  February 4, 2010