IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 10-cr-00021-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    WENDY FARIVAR,

    Defendant.

___

## MINUTE ORDER

BY ORDER OF JUDGE LEWIS T. BABCOCK

    This will confirm that a sentencing hearing for Defendant Farivar is set **Thursday, June 10, 2010, at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.

Dated: March 22, 2010