IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 10-cr-00021-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    WENDY FARIVAR,

    Defendant.

## MINUTE ORDER

BY ORDER OF JUDGE LEWIS T. BABCOCK

    The Motion to Withdraw (Doc 17 - filed June 7, 2010) is GRANTED. John M. Haried is allowed to withdraw as counsel for Plaintiff herein. Government will continue to be represented by Suneeta Hazra, Assistant United States Attorney.

Dated: August 9, 2010